UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UCP INTERNATIONAL COMPANY LIMITED, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>BALSAM BRANDS INC., et al.,<br><br>Defendants. | Case No. 3:18-cv-07579-WHO<br><br>**JUDGMENT** |

Judgment is entered in accordance with the Order on defendants' motion to strike and dismiss the first amended complaint.

**IT IS SO ORDERED.**

Dated: October 15, 2019

William H. Orrick
United States District Judge